# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SYDNEY TROUT, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>THE SELECT GROUP FEDERAL, LLC, *et al.*,<br>        Defendants. | Civil Action No. 1:21-cv-01684 |

## JOINT MOTION FOR APPROVAL OF COLLECTIVE ACTION SETTLEMENT

Plaintiff Sydney Trout (Plaintiff or Trout) and Defendants The Select Group Federal, LLC, *et al* (Defendants or The Select Group) (collectively, the Parties), respectfully ask the Court for an order approving the settlement the Parties reached in this action pursuant to 29 U.S.C. § 216(b).

1. The Parties reached an agreement to settle the claims of Trout and those Opt-in Plaintiffs who filed consents joining this conditionally certified collective action under the Fair Labor Standards Act (FLSA) who have not otherwise released their claims against The Select Group.

2. As set forth in their accompanying Brief in Support of Joint Motion for Approval of Collective Action Settlement, the Parties seek approval of their Settlement Agreement and Release (the Agreement). *See* Exhibit 1 to the Parties' Brief in Support.

3. The Parties' Agreement is a fair and reasonable compromise of a *bona fide* dispute that will adequately compensate Trout and the eligible Opt-in Plaintiffs for the unpaid overtime alleged and will eliminate the need for the Parties to engage in further protracted and expensive litigation.

4. Moreover, the Parties' agreed-upon Enhancement Award to Trout and Class Counsel's requested Fee Award and repayment of out-of-pocket costs are fair and reasonable.

5. As such, the Parties seek an order from this Court approving their Agreement and dismissing

the lawsuit with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

Respectfully submitted,

By: /s/ Michael A. Josephson
**Michael A. Josephson**
Texas Bar No. 24014780
**Andrew W. Dunlap**
Texas Bar No. 24078444
**Carl A. Fitz**
Texas Bar No. 24105863
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com
cfitz@mybackwages.com

AND

**Nicholas A. Migliaccio, Esq.**
(D.C. Bar No.484366)
**Jason S. Rathod, Esq.**
(D.C. Bar No. 100082)
**MIGLIACCIO & RATHOD LLP**
412 H St., NE Suite 302
Washington, DC 20002
(202) 470-3520 – Telephone
(202) 800-2730 – Facsimile
jrathod@classlawdc.com
nmigliaccio@classlawdc.com

AND

Richard J. (Rex) Burch*
Texas Bar No. 24001807
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

**ATTORNEYS FOR PLAINTIFFS**

By: /s/ Paul DeCamp
**Paul DeCamp**
D.C. Bar No. 476244
**EPSTEIN BECKER & GREEN, P.C.**
1227 25th Street, N.W., Suite 700
Washington, D.C. 20037
Telephone: 202.861.1819
Facsimile: 202.861.3571
PDeCamp@ebglaw.com

**Kathleen Barrett** (admitted *pro hac vice*)
Illinois Bar No. 6317331
**Angel A. Perez** (admitted *pro hac vice*)
Illinois Bar No. 6336542
**EPSTEIN BECKER & GREEN, P.C.**
227 West Monroe Street, Suite 3250
Chicago, Illinois 60606
Telephone: 312.499.1400
Facsimile: 312.845.1998
KBarrett@ebglaw.com
APerez@ebglaw.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served by ECF electronic filing on all known parties in accordance with the Federal Rules of Civil Procedure.

*/s/ Andrew W. Dunlap*
Andrew W. Dunlap