# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SYDNEY TROUT, <u>et al.</u>,         ) | |
| ) | |
| Plaintiffs,      ) | |
| ) | |
| v.                          ) | Civil Action No. 21-1684 (RBW) |
| ) | |
| THE SELECT GROUP FEDERAL, LLC,  ) | |
| <u>et al.</u>,                    ) | |
| ) | |
| Defendants.     ) | |

## ORDER

In accordance with the Memorandum Opinion issued on this same date, it is hereby

**ORDERED** that the parties' Joint Motion for Approval of Collective Action Settlement, ECF No. 34, is **GRANTED IN PART AND DENIED WITHOUT PREJUDICE IN PART**. The motion is **GRANTED** to the extent that it seeks approval of the "compromised monetary amounts to resolve [the plaintiffs'] pending wage and overtime claims." <u>Carrillo v. Dandan Inc.</u>, 51 F. Supp. 3d 124, 134 (D.D.C. 2014). The motion is **DENIED WITHOUT PREJUDICE** in all other respects. It is further

**ORDERED** that, if the parties choose to file a second motion addressing the requests denied without prejudice by the Court, the parties shall do so by November 9, 2023.

**SO ORDERED** this 10th day of October, 2023.

REGGIE B. WALTON
United States District Judge