UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SYDNEY TROUT, <u>et al.</u>, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 21-1684 (RBW) |
| THE SELECT GROUP FEDERAL, LLC, <u>et al.</u>, | ) ) ) ) | |
| Defendants. | ) ) ) | |

**ORDER**

On October 10, 2023, the Court issued a Memorandum Opinion and Order granting in part and denying without prejudice in part the parties' Joint Motion for Approval of Collection Action Settlement, ECF No. 34. <u>See</u> Memorandum Opinion (Oct. 10, 2023), ECF No. 37; Order (Oct. 10, 2023), ECF No. 38. The motion was granted "to the extent that it [sought] approval of the 'compromised monetary amounts to resolve [the plaintiffs'] pending wage and overtime claims.'" Order at 1 (Oct. 10, 2023) (quoting <u>Carrillo v. Dandan Inc.</u>, 51 F. Supp. 3d 124, 134 (D.D.C. 2014)). The motion was denied without prejudice in all other respects. <u>See</u> <u>id.</u> Additionally, the Court ordered that, "if the parties choose to file a second motion addressing the requests denied without prejudice by the Court, the parties shall do so by November 9, 2023." <u>Id.</u> To date, the parties have not filed a second motion addressing the requests denied without prejudice by the Court. Because the deadline to do so has passed, the Court will close this case.

Accordingly, it is hereby

**ORDERED** that this case is **CLOSED**.

**SO ORDERED** this 22nd day of July, 2024.

>                                REGGIE B. WALTON
>                                United States District Judge